**Opinion issued December 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00766-CV**

———————————

**IN RE TOYOTA MOTOR NORTH AMERICA, INC., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Toyota Motor North America, Inc., filed a petition for writ of mandamus challenging the inclusion of certain topics in the trial court's August 2, 2025 order compelling the deposition of a corporate representative.[1] Relator subsequently filed an unopposed motion to dismiss this original proceeding as moot

---

[1] The underlying case is *Esmeralda Barron v. Toyota Motor North America, Inc., Toyota Motor Sales, USA, Inc., and Toyota Motor Corporation*, cause number 2023-36751, pending in the 133rd District Court of Harris County, Texas, the Honorable Nicole V. Perdue presiding.

because real party in interest withdrew the corporate representative deposition topics at issue in the mandamus petition. We grant the motion and dismiss this original proceeding. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.